UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN J. PARENT,

          Plaintiff,

    v.

ISLAND COUNTY SUPERIOR COURT, et al.,

          Defendants.

No. C21-550RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on April 29, 2021. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than October 27, 2021. The Clerk of Court shall note this Show Cause on the Court's calendar for Friday, October 29, 2021.

DATED this 5th day of October, 2021.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE